IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DONNIE RICHMOND, JR., #199889**                          **PLAINTIFF**

**v.**                                                **CIVIL NO. 3:23-cv-83-LGI**

**COMMISSIONER BURL CAIN**                                  **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal entered this date,

IT IS, HEREBY ORDERED AND ADJUDGED that, this civil action is dismissed with prejudice, for failure to state a claim under 28 U.S.C. § 1915 (e)(2)(B)(ii).

**SO ORDERED AND ADJUDGED** this the 30th day of July, 2024.

                                           s/ *LaKeysha Greer Isaac*
                                           UNITED STATES MAGISTRATE JUDGE